*Law Office of*
**Thomas E. Higgins**
**325 W. Franklin Street**
**Tucson, Arizona 85701**
**Phone No.(520) 624-8663**
**Az Bar No. 04324**

Attorney for: Defendant Carlos Alberto Kovrig

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>VS.<br><br>**CARLOS ALBERTO KOVRIG,**<br><br>Defendant. | No. CR-06-0048-CKJ-GEE<br><br><br>**MOTION TO CONTINUE FINAL DISPOSITION HEARING** |

It is expected that excludable delay under Title 18, United States Code, Section §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant, CARLOS ALBERTO KOVRIG, by and through undersigned counsel, requests a sixty (60) day continuance of the Final Disposition Hearing date, which is set for **June 14, 2012 at 11:30 a.m.** This is Defendant's first request for continuance. The continuance is necessary for the following justifiable reason(s):

1.  Additional time is necessary to adequately prepare for the hearing.

    Subpoenas are being sent to prior half way house organizations for use at the dispositional hearing and will not be received in time.

2. Mr. Kovrig will remain in custody for some time beyond the date currently set for hearing.

3. Defense counsel has made a non-refundable deposit for rent in Mexico and will be out of the country at the current date and hearing time.

4. No further continuances will be requested.

Albert Kleiner on behalf of the Government expresses no objection to this request for continuance. Therefore, Defendant and counsel ask that this matter be continued for a period of not less than sixty (60) days to a time and date convenient of this Court.

**RESPECTFULLY REQUESTED** THIS 7th day of June, 2012.

                    */S/ THOMAS E. HIGGINS* _____
                    THOMAS E. HIGGINS
                    Attorney for Carlos Alberto Kovrig

Original filed via
CM/ECF this date above to:

Clerk's Office
United States District Court - Tucson

Albert Kleiner
Assistant United States Attorney
United States Attorney's Office - Tucson